IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALEXANDER FINKLEA,                    *
                                      *
     Plaintiff,                       *
                                      *
vs.                                   * CIVIL ACTION No.04-00672-CB-
B
                                      *
JO ANNE B. BARNHART,                  *
Commissioner of Social               *
Security,                             *
                                      *
     Defendant.                       *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 27, 2005, is hereby **ADOPTED** as the opinion of this Court.

**DONE** this **16th** day of **August 2005**.


                         _s/Charles R. Butler, Jr._
                         **Senior United States District Judge**