IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALEXANDER FINKLEA,** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| vs. | \*   CIVIL ACTION 04-00672-CB-B |
| | \* |
| **MICHAEL J. ASTRUE,** | \* |
| **Commissioner of Social** | \* |
| **Security,** | \* |
| | \* |
| Defendant. | \* |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 14, 2007, is **ADOPTED** as the opinion of this Court.

As such, Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$1,687.50,** which was previously awarded pursuant to the Equal Access to Justice Act ("EAJA").

**DONE** and **ORDERED** this the 12th day of June, **2007**.

*s/Charles R. Butler, Jr.*
*Senior United States District Judge*